JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Everardo Gutierrez,

    Plaintiff,

v.

Real Time Resolutions, Inc. et al.,

    Defendants.

Case No. 2:21-cv-08852-VAP-(Ex)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's First Claim is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 1/27/22

Virginia A. Phillips
United States District Judge